Roger B. Frederickson (SBN 161773)
FREDERICKSON & HAMILTON, LLP
755 Santa Rosa Street, Suite 300
San Luis Obispo, CA 93401
Phone: (805) 541-4900
Fax:    (805) 617-1827
Email: Roger@FH-Legal.com
Email: Sarah@FH-Legal.com

Attorneys for Plaintiff JOAN SCHOLZ and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOAN SCHOLZ, an individual, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN LUIS OBISPO, STATE OF CALIFORNIA; and DOES 1 TO 10 inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>**VIOLATION OF THE FAIR LABOR STANDARDS ACT (FLSA)**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Joan E. Scholz and all others similarly situated ("Plaintiffs"), by their attorneys Frederickson Hamilton, LLP bring this action against City of San Luis Obispo ("Defendant") for violations of the Fair Labor Standards Act of 1938, as amended ("FLSA"). 29 U.S.C. § 201, et seq.

1.  Plaintiffs and other similarly situated employees who opt into this action ("the FLSA class" or "the class") are all current and former individuals employed by the City of San Luis Obispo Parks and Recreation Department at the Laguna Lake Golf Course and are not exempt from the provisions of the FLSA.

///

2. Plaintiffs, for themselves and all other similarly situated employees, seek to recover: (a) earned but unpaid wages including but not limited to unpaid overtime compensation and unpaid hours worked; (b) compensation for Defendant's failure to provide meal periods and breaks, (c) compensation for work related travel; (e) compensation for post-shift work; and (f) compensation for all other work performed for the benefit of Defendant.

3. Defendant's practices are in a direct violation of the FLSA. Plaintiffs, for themselves and all other similarly situated employees, contend that Defendant's FLSA violations are willful and, as such, the statute of limitations for FLSA violations should be three (3) years. Plaintiffs, on behalf of themselves and other similarly situated employees, seek compensation for all unrecorded and uncompensated work time, liquidated and/or other damages as permitted by law, and attorney fees and costs.

## JURISDICTION AND VENUE

4. This Court has federal question jurisdiction in this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. §216(b).

5. Venue is proper in this district pursuant to 29 U.S.C. § 216(b) and 23 U.S.C. §1391(b).

## PARTIES

6. Plaintiffs at all relevant times were residents of the State of California and the Central District and were employed by Defendant at the Laguna Lake Golf Course. Defendant is located in those places and within the Central District, employed Plaintiffs and each of them, and at all relevant times were and are an enterprise or enterprises engaged in commerce or in the productions of goods for commerce as defined by 29 U.S.C. § 203(s).

7. At all relevant limes Plaintiffs were and are entitled to the rights, protections, and benefits the FLSA provides.

8. Defendant is and at all relevant times was a municipality organized and existing under the laws of the State of California. Defendant is, and all times material hereto was, an employer as defined by 29 U.S.C. § 203(d) and a "public agency" within the meaning of 29 U.S.C. § 203(s).

## ALLEGATIONS FOR COLLECTIVE ACTION

9.  Plaintiffs bring these claims on their own behalf and for all nonexempt employees of Defendant, including those misclassified by Defendant as exempt from the FLSA, who were, are, or will be employed during the period beginning three (3) years before the filing of this action and continuing through the date of judgment of this action, who have not been fully compensated for all work performed, time spent, and activities conducted for the benefit of the Defendant.

10. Plaintiffs' claims for violations of the FLSA may be brought and maintained as an "Opt-in" collective action pursuant to § 16(b) of the FLSA for all claims asserted by Plaintiffs for the class because the claims of Plaintiffs are similar to the claims of the members of the class.

11. Plaintiffs, for themselves and all other similarly situated persons, seek to recover due and unpaid compensation for: hours worked; Defendant's failure to provide meal periods and breaks; work related travel; and compensation for all other work performed for the benefit of Defendant for which Plaintiffs are entitled to pay but have not been paid.

12. Plaintiffs are informed and believe that their direct supervisors, up through the Parks and Recreation Director, at all relevant times knew that Plaintiffs were performing and directed Plaintiffs to perform uncompensated work for the benefit of Defendant. At all relevant times Defendant knew of the provisions of the FLSA requiring it to pay Plaintiffs and the class, as described above, and further knew that it was, and had been failing to do so.

## CLAIM FOR RELIEF

### (Violation of Fair Labor Standards Act)

13. Plaintiffs incorporates paragraphs 1-12 above as though repealed here.

14. At all relevant times Defendant has engaged and continues to willfully, routinely, and widely engage in the practice of causing Laguna Lake Golf Course employees to work for the benefit of Defendant without compensation required to be paid by the FLSA.

15. Defendant has willfully failed to monitor employee time and failed to make, keep, and preserve records with respect to each of its employees sufficient to determine the wages, hours and other conditions and practices of employment in violation of the FLSA, including 29 U.S.C. §§ 211(c) and 215(a).

16. Plaintiffs, for themselves and others similarly situated, seek damages in an amount constituting unpaid straight-time and unpaid overtime compensation plus liquidated damages as provided by the applicable provisions of the FLSA, 29 U.S.C. §211(c), § 215(a), and §216(b), together with such other legal and equitable relief as the Court deems just and proper.

17. Plaintiffs, for themselves and others similarly situated, seek reasonable attorneys' fees and costs. FLSA. 29 U.S.C §216(b).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs for themselves and for others similarly situated, pray for relief as follows:

1. For judgment that Defendant has violated the rights of Plaintiffs and others similarly situated arising under the FLSA;

2. For a complete and accurate accounting of all compensation to which Plaintiffs and all members of the class who opt-in to this suit are entitled;

3. For judgment monetary damages in the form of back pay compensation and liquidated damages equal to the unpaid compensation due to Plaintiffs and the class;

4. For prejudgment interest;

5. For all other damages allowed under FLSA;

6. For all recoverable costs of suit;

7. For reasonable attorneys' fees; and

8. For all such other and further relief that the Court may deem just and proper.

DATED: June 14, 2019

FREDERICKSON & HAMILTON, LLP

Roger B. Frederickson
Attorneys for Plaintiff Joan Scholz and all others similarly situated